UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-21929-CIV-GOODMAN

[CONSENT]

LEONARD SCREEN,

    Plaintiff,

v.

CLEAN IMAGE OF MIAMI, INC.,
DEBJIT RUDRA, and
MANDIRA RUDRA,

    Defendants.

_____/

## ORDER ON EMAILS TO THE COURT

This cause is before the Court *sua sponte* with regard to email communications sent by counsel and Debjit Rudra to the Court's e-file inbox. *See* Exhibits A and B to this order. The practice of sending unauthorized emails to this Court is unacceptable. Southern District of Florida Local Rule 7.7 provides that:

> Unless invited or directed by the presiding Judge, attorneys and any party represented by an attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; or (b) furnish the Court with copies of correspondence between or among counsel, or any party represented by an attorney, except when necessary as an exhibit when seeking relief from the Court. Local Rule 5.1(c) above governs the provision of "courtesy copies" to a Judge.

Therefore, it is hereby **ORDERED** as follows:

(1)    No party, including but not limited to Debjit Rudra, may directly email the Court at its e-file inbox at any time for any reason.

(2) *Counsel of Record* may submit proposed orders on motions, where required by a rule or procedure of the Court, to the Court's e-file inbox. However, counsel may not email the Court for *any other reason*. For example, counsel may not send an email response to the submission of a proposed order. If a party objects to a motion, then the only appropriate procedure is to file a formal, written objection with the Clerk of Court.

(3) Debjit Rudra, who is proceeding *pro se*, may not file any proposed orders with the Court.

**DONE AND ORDERED**, in Chambers, in Miami, Florida, this 6th day of April, 2012.

JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

**All counsel of record**

**Clean Image of Miami, Inc.**

**Debjit Rudra**, *pro se*
1550 Madruga Ave., Suite 403
Coral Gables, FL  33146