Exhibit A



"Dave Rudra"
<Dave@GenesisManagemen
t.US>

04/04/2012 02:22 PM

To &lt;Goodman@flsd.uscourts.gov&gt;

cc &lt;sygmanlaw@juno.com&gt;, "Spencer" &lt;swest@mitchellandwest.com&gt;, &lt;jremer@rgpattorneys.com&gt;,

bcc

Subject  FW: Malicious Prosecution/Embezzlment / Kidnapping and the Attempted Muder by Det. Ramesh NyBerg/ Det Ca

3 attachments

  

Emergency Motion to Strike 3 19.tif  J Lahoz Affidavit (2).tif  Kaya Affidavit Part 1.tif

Dear Honorable Judge Goodman,

For your files, I am forwarding you an email thread below shared with someone regarding a court hearing today. I realize that there is a procedure to be followed in Federal Court, however this morning I was copied on an email sent to you regarding a proposed settlement by Atty Jason Remer. I am disgusted that the individuals we pay to maintain an ethical legal environment are the ones who exploit the system the most.

Your honor, this is not a case of overtime wages unpaid as the lawsuit conveys, but a much larger conspiracy involving hundreds of thousands of dollars, kidnapping of children by a former Detective who was taking advantage of his service relations with a State Attorney. This is about grossly maligning my character and keep me silent so they decided they needed to Bankrupt me, Institutionalize me or that I would Die is 90 days. This way I would have no money to fight for my children by having me incarcerated as they keep trying or Bankrupt me through these frivolous lawsuits.

At this time I am not forwarding all Sworn Testimony and witnesses as I will be preparing this for the appeal or objection, whatever it is I need to do. Once again, I do appreciate the integrity of your courtroom and the fairness of your rulings. However, there was extreme legal misconduct which did not allow the truth to be heard.

Kindest Regards

*Dave Rudra*
Executive Officer

*"The best way to predict the future...Is to create it."*

**From:** Dave Rudra [mailto:Dave@GenesisManagement.US]
**Sent:** Wednesday, April 04, 2012 2:06 PM
**To:**
**Cc:**
**Subject:** RE: Malicious Prosecution/Embezzlment / Kidnapping and the Attempted Muder by Det. Ramesh NyBerg/ Det Ca

Sorry,

Attachment included.


**From:** Dave Rudra [mailto:Dave@GenesisManagement.US]
**Sent:** Wednesday, April 04, 2012 1:59 PM
**To:**
**Subject:** Malicious Prosecution/Embezzlment / Kidnapping and the Attempted Muder by Det. Ramesh NyBerg/ Det Ca

Dear Mr.;

Two of your very courteous XXX ran into me in the courtroom today and gave me the card of XXX and I do not know the name of the young lady.

I am writing this email to you as the Police Officers bringing frivolous charges against me have been attempting to harm me for over two years. This began when I discovered that Detective Ramesh NyBerg had been having an affair with my wife and since 2006, embezzling hundreds of thousands of dollars a year in payroll fraud through Ghost Employees and using bad SS numbers, direct deposited funds into hidden accounts.

April 10, 2010, Detective NyBerg, my divorcing wife and her friends created a paper trail of false and perjured DV petitions then kidnapped my children. Attached you will see my own filings as pro-se litigant in the Family Courts. You will find in Detective Ramesh NyBerg's Settlement a 90 day provision for "Dave Rudra is Incarcerated, Mentally Institutionalized, Bankrupt and Moves out of Town or Dies". In the attachment you will find emails to Detective Bauxali, and a **State Attorney** who was involved in unknowingly assisting Detective NyBerg with these crimes against me once I discovered the embezzlement. That is why the State is so interested in prosecuting me, because I have evidence and witnesses who can incriminate them.

They have been actively pursuing this through Frivolous Lawsuits, False Arrests and Perjured Police Reports to cover up the ongoing Intellectual Property Crimes and Embezzlement. I can demonstrate how several Attorneys are involved in this Multi-Million Dollar Embezzlement leaving me bankrupt, including **Spencer West** and

**Jason Remer** and others I will not name at this time. I can also provide proof of tampering with legal documents and transcripts.

Kindest Regards

*Dave Rudra*
Executive Officer

*"The best way to predict the future...Is to create it."*



1550 Madruga Avenue, Suite #403 * Coral Gables, Florida 33146
Office: 305-662-5557 * Fax: 305-662-5568 * **Dave@GenesisManagement.us**
- Please see our website at: www.GenesisManagement.us
- We have been serving South Florida's most prestigious facilities in South Florida for over 25 years
- Our clients who get rated by Press Gamey and Gallup polls have been surveyed consistently over the 95% percentile threshold in cleanliness each quarter.
- Our services include, but not limited to, janitorial, hospital environmental services, maintenance and staffing.

"We Mean GREEN".

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

DEBJIT RUDRA,   FMCE

    Petitioner/Husband,   CASE NO. 10-010920 FC 28

and

MANDIRA RUDRA,

    Respondent/Wife.
_____/

THE ORIGINAL FILED
IN THE OFFICE OF THE CLERK
LOC #25
CIRCUIT & COUNTY COURTS
DADE COUNTY, FLORIDA
ON _____ MAR 1 9 2012

## EMERGENCY MOTION TO STRIKE PROTECTIVE ORDER

COMES NOW, Petitioner/Husband, DEBJIT RUDRA as a prose litigant, Pursuant to Rule 12.280 Respondent/Wife has failed to provide and disclose supplementary disclosure hence concealing the joint income earned during the marriage to this honorable court. Several banks including said bank served by former counsel Spencer West known as Branch Bank and Trust (hereinafter BB&T). Petitioner/Husband requests this honorable Court Strike the Emergency Motion for Protective Order in accordance with Fla. Civil Rule of Procedures 1.150 as it can be proved that Ramesh NyBerg, Respondent/Wife live in partner, is holding earnings that belong to Petitioner/husband, he has earned during the marriage and were moved by the Respondent/Wife to other bank accounts unknown to Petitioner/Husband. It is well known that Ramesh NyBerg has strong and influential ties with the Criminal Justice System as a now retired police officer serving in the MDPD for 20 years. It is believed that Ramesh NyBerg, in his request of this protective order has UNCLEAN HANDS and would be extremely benefit by this protective order while has no legal right to manipulate the proceeding of this Dissolution of Marriage. Ramesh NyBerg has contacted, State Attorneys former police associates, attorneys to provide goodwill for favors, and other recourses to harass, assassinate the character of the Petitioner/Husband and jointly with Respondent/Wife

CASE NO. 10-010920 FC 28

and former payroll administrators have embezzle funds from Petitioner/Husbands' through Petitioner's/Husbands business payroll system and corporate bank account.

1. On March 13, 2010 it was discovered and admitted that Respondent/Wife and Ramesh Nyberg were having a mutually beneficial relationship since 2006.

2. Documented Exhibit "A" is one of many emails addressed to Petitioner's/Husbands payroll administrator Shirley Martinez, who Ramesh NyBerg and Respondent/Wife were actively soliciting and guiding this and other individuals to file harassing unsubstantiated Domestic Violence Claims against Petitioner/Husband. This all stated to occur once it was discovered that Ramesh NyBerg was assisting the movement of payroll funds mishandling in Petitioner's/Husband company. Respondent/Wife is currently under litigation for embezzlement in Civil Court under case No: 11-42535 CA11.

3. It is noted and a fact that Ramesh NyBerg began living arrangements with Respondent/Wife as of July of 2010 and its assumed that all household expenses are shared expenses from unknown money sources. Financial mandatory documents have been requested by the Petitioner/husband in Motions filed for Supplementary Responses, filed June 2011, and the Petitioner/Husband is awaiting setting of a hearing or the granting of Court sanctions for non-compliance.

4. Exhibit "B", discloses how Ramesh NyBerg, began harassing Petitioner/Husband on his Facebook with a message sent to his former law enforcements friends, that is self explanatory.

CASE NO. 10-010920 FC 28

5. Exhibit "C" pending sanctions by this Court, It is believed that Ramesh NyBerg was directly responsible for facilitating the false arrest of Petitioner/Husband during his first unsupervised visit in a park.

6. EXHIBIT "D" & "E", Respondent/Wife made changes to a John Hancock Life Insurance Policy purchased by the Petitioner/Husband during the marriage and automated monthly disbursements were initiated through said bank account which has been subpoenaed.

7. EXHIBIT "F", Ramesh Nyberg's settlement contains special clause to indicate a 90 day time frame proposing "Mr. Rudra to be Incarcerated, Institutionalized and move out of town or dies. Case No. 10-1451 FC 19

8. EXHIBIT "G" a sworn affidavit by Jacqueline Lahoz witness to the payroll mishandlings of Shirley Martinez and her repetition of the 90 day proposition regarding Dave Rudra which was inserted in Ramesh Nyberg's settlement.

9. EXHIBIT "H" & "I", Emails from former Homicide Detective Ramesh NyBerg of the MDPD (whereby Ramesh NyBerg is a Non-Party) to Judges JONATHON GOODMAN and admissions to your Honor SCOTT BERNSTEIN hereby tampering with the outcome of cases involving Petitioner/Husband, hereby exercising familiarity and prior courtroom exchanges while handling criminal cases for the State Attorney during his career with the MDPD as a Homicide Detective.

10. Ramesh NyBerg has introduced non-relevant alleged text messages to distract the Courts from seeing the real truth and purpose of the occurrences of this case, by filing motions to conceal information of hidden funds rightfully earned by Petitioner/Husband through hard work and sacrifice of over 18 years running a

3

CASE NO. 10-010920 FC 28

business that Petitioner/Husband started from scratch. This Court needs to have knowledge of said funds as they are now part of an equitable distribution subject to disbursement among the Parties in this dissolution of marriage.

11. This motion is made to compel the respondent and Ramesh NyBerg to disclose all funds moved by Respondent/Wife during the marriage to all undisclosed bank accounts where Respondent/Wife was a signor or other accounts where she benefits from managed by third parties. It is believed that Ramesh NyBerg is holding and hiding funds for Respondent/Wife which was secretly moved from petitioner/husband during the marriage. Failure to allow Petitioner/husband these pertinent financial documents and compel disclosure from other hidden accounts will severely and financially prejudice the Petitioner/husband and further conceal the ongoing fraud engaged in by Ramesh NyBerg and Respondent/Wife Mandira Rudra.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true original copy has been hand delivered to the Clerk of Courts, Family Division, 175 NW 1st Ave, Miami, FL 33128, A copy to the Honorable Scott M. Bernstein, Division 28 of the Miami Dade Family Court, 175 NW 1st Ave, Suite 2815, Miami, FL 33128, and via Email and US Mail to:

Stuart Abramson
10300 Sunset Drive
Suite 319
Miami, Florida. 33173
miracleworker18@aol.com
Lawstu08@gmail.com

4

CASE NO. 10-010920 FC 28

Golden & Cowan
Attn: William Glasko
17345 S. Dixie Highway
Miami, Florida. 33157
WGlasko@getprobatelaw.com

 I understand that I am swearing or affirming under oath to the truthfulness of the claims made above and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

_3/16/2012_ Date

_____ Signature

Debjit Rudra (Petitioner/Husband)
1550 Madruga Ave. Suite 403
Coral Gables, Florida 33146

5

Dave Rudra

*EXHIBIT A.* (handwritten)

| | |
|---|---|
| From: | Shirley <shirleyy016@aim.com> |
| Sent: | Thursday, July 21, 2011 10:48 PM |
| To: | Dave@cicexperience.com |
| Subject: | Fwd: State Attorney's Office |

Shirley Martinez

-----Original Message-----
From: Ramesh Nyberg <rams.homes@gmail.com>
To: Shirlz <shirleyy016@aim.com>
Sent: Wed, Jun 15, 2011 3:00 pm
Subject: Re: State Attorney's Office

Great.. let me know how it goes please

On Wed, Jun 15, 2011 at 6:34 PM, Shirlz <shirleyy016@aim.com> wrote:
Hey!!

Thank you so much for that, i will write to her and browse her through a little of what is going. When i called the state attorney they didnt do much or even acted like they cared even with a kid involved. Like i told Mandira, i am willing to go and do anything to have this man stopped. He has crossed too many lines with too many people and is about time someone shuts him down. It is a very sad situation i can imagine for you guys. Anyways thanks again and i will get in contact with her

Thank you,

Shirley Martinez

*After being caught with the Embezzlem* (handwritten)

-----Original Message-----
From: Ramesh Nyberg <rams.homes@gmail.com>
To: Shirleyy016 <Shirleyy016@aim.com>
Sent: Wed, Jun 15, 2011 3:06 pm
Subject: State Attorney's Office

Hi Shirley,
I've been reading these latest emails between you and Dave, and this Holly and Diana. Mandira told me that you got the run-around at the State Attorney's Office. Don't give up there..you've spoken to the wrong people.
Call up or email Elyse Targ-- she is a long time prosecutor and long time friend of mine: elysetarg@miamisao.com
Try to get an appointment with her, or if you get her on the phone, make sure tell her you know me, and that she and I have spoken about Dave Rudra before. She should remember. She's a real straight shooter and should be able to help you get your case filed in the right place with the right person.
My divorce case is over now, so I don't have to stay as quiet as I used to. I'll be happy to assist you with whatever you need.

-Ram
--
Ramesh Nyberg, CHMS, TRC, CIIS
Certified Immigration, International, and Investment Specialist
Realtor-Associate
Coldwell Banker Pinecrest
12155 S. Dixie Hwy

1

Dave Rudra

From: Shirley <shirleyy016@aim.com>
Sent: Thursday, July 21, 2011 10:41 PM
To: Dave@cicexperience.com
Subject: Fwd: coral gables


Shirley Martinez


-----Original Message-----
From: Ramesh Nyberg <rams.homes@gmail.com>
To: Shirlz <shirleyy016@aim.com>
Sent: Thu, Jun 30, 2011 5:30 pm
Subject: Re: coral gables

Thanks Shirley!

On Thu, Jun 30, 2011 at 9:08 PM, Shirlz <shirleyy016@aim.com> wrote:
case numbers 11-4974
fraud 11-4972

sorry it took me so long i was super busy today  thx i hope i get one or the other i need a job asappppp!!!!! let me know if u need anything else.

Shirley Martinez


-----Original Message-----
From: Ramesh Nyberg <rams.homes@gmail.com>
To: Shirlz <shirleyy016@aim.com>
Sent: Thu, Jun 30, 2011 10:18 am
Subject: Re: coral gables

No rush   good luck with the interviews!

On Thu, Jun 30, 2011 at 9:39 AM, Shirlz &lt;shirleyy016@aim.com&gt; wrote:
Okay when i get home ill send them im interviewing for 2 jobs today. So around noon ill send them.

Shirley Martinez


-----Original Message-----
From: rams.homes@gmail.com
To: Shirlz
Sent: Thu, Jun 30, 2011 3:00 am
Subject: coral gables

Hi Shirley-- could you please send me both of those case numbers when you get a chance? Thanks
--
Ramesh Nyberg, CHMS, TRC, CIIS
Certified Immigration, International, and Investment Specialist
Realtor-Associate
Coldwell Banker Pinecrest

1

Dave Rudra

From: Shirley <shirleyy016@aim.com>
Sent: Thursday, July 21, 2011 10:39 PM
To: Dave@cicexperience.com
Subject: Fwd: Martinez Subpoena. 10 Days

Shirley Martinez

-----Original Message-----
From: Ramesh Nyberg <rams.homes@gmail.com>
To: Shirlz <shirleyy016@aim.com>
Sent: Wed, Jul 6, 2011 2:44 pm
Subject: Re: Martinez Subpoena. 10 Days

PS--- I STRONGLY recommend that you send this to Elyse Targ. He is falsifying court documents. Please send it to her asap!

On Wed, Jul 6, 2011 at 6:38 PM, Ramesh Nyberg <rams.homes@gmail.com> wrote:
Hey.. you probably know this already, but he cannot issue subpoenas to people. This is a joke. Only someone who is a member of the Florida Bar (a lawyer) can do that. Just in case you were wondering, I think any attorney would tell you to shit-can this.

On Wed, Jul 6, 2011 at 4:58 PM, Shirlz <shirleyy016@aim.com> wrote:

Shirley Martinez

-----Original Message-----
From: Dave@cicexperience.com
To: NArrillaga
Cc: Spencer D West ; shirleyy016 , 'Jacky'
Sent: Wed, Jul 6, 2011 12:26 pm
Subject: Martinez Subpoena. 10 Days

Dear Jose,

Thank you for your expeditious delivery of prior subpoenas. Here is yet another for a Shirley Martinez-Alvarez. I have provided you with two of her addresses and her current cell phone, as she is a dodger. I anticipate she will not comply and once in contempt of court, I will need you to serve her carrier directly. Please confirm receipt and call me if you had any issues with the other subpoenas.

Regards

# Dave Rudra
CEO

CLEAN IMAGE CORPORATION
Integrated Facility Solutions

1

Dave Rudra

From: Shirley <shirleyy016@aim.com>
Sent: Thursday, July 21, 2011 10:38 PM
To: Dave@cicexperience.com
Subject: Fwd. Correct email] Use your Stolen Saving Account

Shirley Martinez

-----Original Message-----
From: Shirley <shirleyy016@aim.com>
To: rams.homes <rams.homes@gmail.com>
Sent: Fri, Jul 1, 2011 6:33 am
Subject: Re: Fwd: [FWD: Correct email] Use your Stolen Saving Account

Okay no problem

Shirley Martinez


Ramesh Nyberg <rams.homes@gmail.com> wrote:


Let's hold onto it for now-- I'll give it to the detective assigned our
case-- I mean its no harm to show it to Bauxali if you want, but if he's not
handling the case I'd rather not, EXCEPT for the emails which name him.

On Fri, Jul 1, 2011 at 9:53 AM, Shirley <shirleyy016@aim.com> wrote:

> Wow... it looks exactly as ive said... he just follows his own threads. Do
> u want me to forwatd this to buxali? He wants all records of threats from
> him and this two emails thats all he states about dead or alive and him
> beign more dangerous...
> Let me know.
>
>
> Shirley Martinez



--
Ramesh Nyberg, CHMS, TRC, CIIIS
Certified Immigration, International, and Investment Specialist
Realtor-Associate
Coldwell Banker Pinecrest
12155 S. Dixie Hwy
Pinecrest, FL 33156
786-205-1133
http://www.RamsRealEstate.com

TODAY'S GOOD NEWS: Coldwell Banker Pinecrest has been named "The Top
Coldwell Banker Office in HISTORY"!

1

EXHIBIT B

NYBERG INVITING HIS LAW ENFORCEMENT FRIENDS TO HARRASS ME



**Ramesh Nyberg** — Awaiting friend confirmation

Wall | Info | Photos | Boxes | Video

View Photos of Ramesh (35)
Send Ramesh a Message
Poke Ramesh

**Information**

January 24, 1953
Miami, FL

**Mutual Friends**
9 friends in common — See All

Aiza Olivasand Gurus | Mandira Rudra | Tanya Stankova

**Friends**
262 friends — See All

Mandira Rudra | Kevin McIsaac | Girish V. Khemlani
Amit V Shuta | Cheryl Thomas Johnson | Krish Puppala

**Photos**
2 of 4 albums — See All

 Various "with friends and family" pics — Updated about a month ago

 Networking Happy Hour May 21 — Created on May 25, 2009 at 5:01am

---

**Ramesh Nyberg** I just bought a "Roomba" and this thing is ridiculously cool. Especially since I can push a button, leave the house, and come back and it's all vacuumed.

2 people like this.

Stephanie Silver Rahm people love the Roomba. Now you need the Scooba for your tile or kitchen floors!

Melanie Dawn Molina Wood Ferrets love Roomba too! http://www.facebook.com/video/video.php?v=3960165506523#!/video/video.php?v=396016569623

**Ramesh Nyberg** Hey Everyone! There is someone contacting my friends, sending defaming and slanderous stuff about me --- he will get you to be friends, then send you messages. He is a dirtbag that I investigated back in the old days. Just ignore him/block him, if u want. My law enforcement friends: call me or send me a msg, and I'll give you his full name and DOB, and you can look him up and see what he's all about. Thanks :)

2 people like this.

View all 8 comments

 Karen Mussoline Will let you know if I receive anything. Can you report him to Facebook?

 Melanie Dawn Molina Wood I dont generally friend anyone I don't know, either, but if I get anything I will let you know right away

**RECENT ACTIVITY**

Ramesh and Rafael Nazario are now friends. · Add as Friend
Ramesh and Patti Garrison Marriott are now friends. · Add as Friend
3 more similar stories

**Ramesh Nyberg** Linnea's graduation from Kindergarten tomorrow.. she is super excited

5 people like this.

 Dali Maya What a special time ... brings back wonderful memories enjoy

 Howard Camner Congrats! My son did that last year. He's heading for second grade now. Does she like older men?

**RECENT ACTIVITY**

Ramesh and June Hawkins are now friends. · Add as Friend

Older Posts

---

**Filters** — Create an Ad

**Meet Single Moms**

Meet 1000s of single moms in your area at Singleparentmeet online dating. Browse pics or videos. Join free!
Like

**Free to Browse**

Mate1 is for you. Lots of registered girls looking for older men, and it's free to browse.
Like

**BlackBerry®**

'Like' our page and let your love for BlackBerry shine. Hear the latest news first and connect with other fans like you.
Like

More Ads

EXHIBIT C

**Dave Rudra**

| | |
|---|---|
| From: | Spencer D. West <swest@mitchellandwest.com> |
| Sent: | Tuesday, September 13, 2011 6:47 PM |
| To: | Washington, Wilson (SAMHSA/CSAT/PMB) |
| Cc: | Dave Rudra; PAUL RAGHUNANDAN |
| Subject: | Re: Driving Arrangements... Raymond's liability |

Dave has been arrested. I am working on getting a bondsman. He will need help getting through this. He did nothing wrong. I was on pone wth him when they arrested him.

Sent from my iPhone

On Sep 13, 2011, at 3:48 PM, "Washington, Wilson (SAMHSA/CSAT/PMB)"<Wilson.Washington@SAMHSA.hhs.gov> wrote:

Dave,

I concur with Spencer 100%

Wilson

From: Spencer D. West [mailto:Swest@mitchellandwest.com]
Sent: Tuesday, September 13, 2011 12:47 PM
To: 'Dave Rudra'
Cc: 'PAUL RAGHUNANDAN'; Washington, Wilson (SAMHSA/CSAT/PMB)
Subject: RE: Driving Arrangements... Raymond's liability

Dave, I only copied Wilson and Dr. Raghunandan on this. I am getting the feeling that this is turning into a fiasco and this is only the first day of unsupervised visitation. You have raised many legitimate concerns as a father. I will point out, however, that I think you are so focused on controlling every detail that you are missing the bigger picture—seeing your kids. Please tone down the war of words and simply see your kids. Nothing goes perfectly, but getting your relationship back with your kids should trump any other issue that is small in comparison. Please take my advice.

From: Dave Rudra [mailto:Dave@cicexperience.com]
Sent: Tuesday, September 13, 2011 12:38 PM
To: mryrymnd@aol.com; Spencer
Cc: PAUL RAGHUNANDAN; DayraBodan@bellsouth.net; Washington, Wilson (SAMHSA/CSAT/PMB)
Subject: Driving Arrangements... Raymond's liability

1