Exhibit B



"Spencer D. West"
<swest@mitchellandwest.com>

04/04/2012 01:20 PM

To "Jason S. Remer,Esq" <jremer@rgpattorneys.com>

cc "<goodman@flsd.uscourts.gov>" <goodman@flsd.uscourts.gov>, "<Dave@Genesismanagement.us>"

bcc

Subject Re: Proposed Judgment

Please be advised that I just saw this e-mail and that we oppose entry of judgment as contained within this proposed Order and the referenced motions, mainly as to attorney's fees and costs. Our opposition was previously conveyed in writing to counsel for the Plaintiff and we request a hearing on same.

Sincerely,

Spencer

Sent from my iPhone

On Apr 4, 2012, at 8:56 AM, "Jason S. Remer,Esq" <jremer@rgpattorneys.com> wrote:

> <image001.gif>
> Judge Goodman:
>
> Pursuant to local rules, please find a proposed order on Plaintiff's Motion for Liquidated Damages and Attorneys' fees and Costs and to Enter Judgment in this matter.

**Jason S. Remer, Esq.**
Partner

## REMER & GEORGES-PIERRE, PLLC

ATTORNEYS AT LAW

Biscayne Centre
11900 Biscayne Blvd.
Suite 288
North Miami, Florida 33181

305-416-5000
fax 305-416-5005
jremer@rgpattorneys.com
www.rgpattorneys.com

CONFIDENTIALITY NOTICE:
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of th the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you.

IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice. The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer & Georges-Pierre, PLLC, does not render tax advice within the normal course of its practice.